# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

**SPIRIT HOLDINGS, LLC.**

    **Plaintiff,**

VS.                             No. _____

                                                **JURY DEMANDED**

**AUTO-OWNERS MUTUAL INSURANCE COMPANY**

    **Defendant.**

## NOTICE OF REMOVAL

    Defendant Auto-Owners Insurance Company, incorrectly styled Auto-Owners Mutual Insurance Company, hereby notifies the Judges of the United States District Court for the Eastern District of Tennessee, the clerk of the Chancery Court of Hamilton County, Tennessee and Plaintiff, Spirit Holdings, LLC, that the action described herein and filed in the Chancery Court of Hamilton County, Tennessee, is removed to the United States District Court for the Eastern District of Tennessee pursuant to 28 U.S.C. § 1441.

    1.    On February 28, 2019, Plaintiff, Spirit Holdings, LLC, filed a civil action bearing Docket No. 19-0136, against the Defendant, Auto-Owners Insurance Company, incorrectly styled Auto-Owners Mutual Insurance Company, in the Chancery Court of Hamilton County, Tennessee. Service of the complaint and summons was made upon the Corporation Service Company for the Defendant on July 22, 2019, by certified mail through the Department of Insurance of the State of Tennessee.

    2.    This action is filed by Plaintiff for proceeds allegedly due under a contract of insurance written by Defendant, Auto-Owners Insurance Company, insuring Plaintiff's buildings in Hamilton County, Tennessee, which property allegedly suffered physical

1

loss or damage by severe storm on or about March 1, 2017.

3. Petitioner seeks removal of this action to this Court upon the grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs, 28 U.S.C. § 1332. Specifically, the complaint alleges that the buildings were damaged by storm and that the buildings was insured for $1,569,737.65.

4. Plaintiff is a limited liability company organized in the State of Tennessee and was operating and organized in the State of Tennessee at the time of the filing of this action and at the time of removal. Defendant, Auto-Owners Insurance Company, is a corporation incorporated in Michigan, with its principal place of business in Lansing, Michigan. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5. This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

6. A copy of the Summons and Complaint, being all the papers served upon the Defendant, is attached hereto.

WHEREFORE, Notice is hereby given that the said civil action number 19-0136 is removed from the Chancery Court of Hamilton County, Tennessee, to this Court.

> **RAINEY, KIZER, REVIERE & BELL, PLC**
> 1008 Executive Drive, Suite 104
> Hixson, TN 37343
> Telephone: (423) 756-3333
>
> By: s/N. Mark Kinsman_____
>     **N. Mark Kinsman, BPR# 06039**
>     *Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon counsel for all parties at interest in this cause by placing a true and exact copy of said document in the United States Mail, addressed to said counsel listed below, with sufficient postage thereupon to carry the same to its destination.

Samuel T. Quarochi
Tenn. BPR No. 025644
Attorney for Plaintiff
5805 Lee Highway, Suite 307
Chattanooga, TN 37421

Dated this the 5th day of August, 2019.

By: s/N. Mark Kinsman_____

12973-87660

This \_\_\_\_ day of June, 2019.

_____
**N. Mark Kinsman**