IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SPIRIT HOLDINGS, LLC.

    Plaintiff,

VS.                                                         No. 1-19cv00224

AUTO-OWNERS MUTUAL                    Judge Steger
INSURANCE COMPANY

    Defendant.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

    COME NOW Plaintiff Spirit Holdings, LLC and Defendant Auto-Owners Mutual Insurance Company, by and through counsel of record, and inform this Court that this matter resolved by way of mutual compromise. The parties jointly agree to dismissal of this matter with prejudice, and so move the Court. The motion being well-taken:

    IT IS THEREFORE ORDERED that the above-styled matter is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2). No discretionary costs will be applied for or awarded.

    **ENTER.**

                                            /s/ *Christopher H. Steger*
                                            UNITED STATES MAGISTRATE JUDGE

APROVED FOR ENTRY:

**SAMUEL T. QUATTROCHI**

s/ Samuel T. Quattrochi
Tenn. BPR No. 025644
5805 Lee Highway, Suite 307
Chattanooga, TN 37421
sam@stqlaw.com


**THE HUGGINS LAW FIRM**

s/Remington Huggins             .
REMINGTON HUGGINS
110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com

*Attorneys for Plaintiff*


**RAINEY, KIZER, REVIERE & BELL, PLC**

s/N. Mark Kinsman          .
N. MARK KINSMAN #006039
633 Chestnut Street, Suite 330
Chattanooga, Tennessee 37450
mkinsman@raineykizer.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that, on November 1, 2021, a true and correct copy of the foregoing document has been served in the manner of service indicated on the counsel of record listed below:

☐ By U.S. Mail, properly addressed and first-class postage prepaid

☐ By facsimile

☐XX By operation of the Court's electronic filing system

☐ By email in Adobe PDF format with confirmation sent pursuant to Tenn. R. Civ. P. 5.02(2)

☐ By hand delivery

☐ By email as previously agreed by counsel

☐ By third party express delivery carrier, i.e., Federal Express, for overnight delivery

> Samuel T. Quattrochi, Esq.
> Attorney at Law
> 1018 Dallas Road, Ste. 302
> Chattanooga, TN 37405
>
> Remington Huggins, Esq.
> The Huggins Law Firm
> 110 Norcross Street
> Roswell, GA 30075

___*s/N. Mark Kinsman*_____
N. Mark Kinsman